THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK F. RYAN, Appellant, *v.* THOMAS STURGIS, as Fire Commissioner of the City of New York, Respondent.

*People ex rel. Ryan* v. *Sturgis*, 96 App. Div. 620, affirmed.
(Argued November 20, 1905; decided December 5, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 15, 1904, which affirmed the proceedings of the defendant in dismissing the relator from the fire department of the city of New York and dismissed a writ of certiorari to review the same.

*Delos McCurdy* for appellant.

*John J. Delany, Corporation Counsel* (*Theodore Connoly, Terence Farley* and *Thomas F. Noonan* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID ROTHSCHILD, Appellant, *v.* ROBERT MUH et al., Composing the Board of Assessors of the City of New York, et al., Respondents.

*People ex rel. Rothschild* v. *Muh*, 101 App. Div. 423, affirmed.
(Argued November 21, 1905; decided December 5, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 27, 1905, which affirmed a determination of the defendants in refusing to award the relator damages for a change of grade of a street in front of premises of said relator and dismissed a writ of certiorari to review the same,